**James Ronald PEGGS, Plaintiff–Appellant,**

v.

**Brian SHIPWASH; David Wilson & Rossabi Black Slaughter, P.A.; Arron B. Anderson Trustee Service of Carolina LLC; Brock & Scott, PLLC; US Bank Trust National Association,**

a/k/a **US Bank National Association; Wells Fargo Home Mortgage, a/k/a Wells Fargo Bank Association; Surety Insurance Company, Defendants–Appellees.**

No. 16-1363

United States Court of Appeals, Fourth Circuit.

Submitted: October 21, 2016

Decided: November 1, 2016

James Ronald Peggs, Appellant Pro Se. Kathryn Hicks Shields, Assistant Attorney General, Raleigh, North Carolina; Emily Jeffords Meister, Jennifer Lynn Reutter, BLACK SLAUGHTER & BLACK, P.A., Greensboro, North Carolina; Franklin Lamont Greene, BROCK & SCOTT, PLLC, Charlotte, North Carolina; B. Chad Ewing, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Charlotte, North Carolina, for Appellees.

Before SHEDD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Ronald Peggs appeals the district court's order dismissing his civil complaint for lack of subject matter jurisdiction and a subsequent order denying reconsidera-

---

tion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Peggs v. Shipwash, No. 3:15–cv–00278–RJC, 2016 WL 830865 (W.D.N.C. Mar. 3, 2016; Mar. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED